1  DAVID R. HALL, Bar No. 9571
   SCOTT S. BELL, Bar No.9507
2  PARSONS BEHLE & LATIMER
   201 South Main Street, Suite 1800
3  Salt Lake City, Utah 84111
   Telephone: (801) 532-1234
4  Facsimile: (801) 536-6111

5  ROBERT W. DELONG, Bar No. 10022
   PARSONS BEHLE & LATIMER
6  50 W. Liberty Street, Suite 750
   Reno, Nevada 89501
7  Telephone:  (775) 323-1601
   Facsimile:   (775) 348-7250
8
   Attorneys for Plaintiff
9  Federal Deposit Insurance Corporation
   as Receiver for IndyMac Bank, F.S.B.
10

11              **UNITED STATES DISTRICT COURT**

12                 **DISTRICT OF NEVADA**

13

14  FEDERAL DEPOSIT INSURANCE              Case No. 2:11-cv-01001-GMN-GWF
    CORPORATION as Receiver for INDYMAC
15  BANK, F.S.B.,                          **STIPULATION FOR DISMISSAL WITH
                                           PREJUDICE**
16              Plaintiff,

17        vs.

18  STEVEN C. SIMON; SHERRI R.
    SPEIGHTS; and DOES 1 through 5, inclusive,
19
                Defendants.
20

21         Plaintiff Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B., and

22  defendant Steven C. Simon, by and through their undersigned counsel, hereby stipulate than an Order

23  be entered in this case dismissing with prejudice all claims that were brought in the above-entitled

24  action, with each party bearing its own attorney fees and costs.

25
           DATED this 9th day of November, 2012.
26

27

28

4844-3764-4049.1

1

PARSONS BEHLE &LATIMER

2

3      By    /s/ Scott S. Bell
                David R. Hall
4               Scott S. Bell
                Robert W. DeLong
5               Attorneys for Plaintiff
                Federal Deposit Insurance Corporation
6               as Receiver for Indymac Bank, F.S.B.

7

8             KAUFMAN DOLOWICH VOLUCK & GONZO

9

10            /s/ Sanjay Bansal
              (signed by Mr. Bell, the filing attorney, with the permission
11            of Mr. Bansal)
              Frances O'Meara
12            Sanjay Bansal
              Attorneys for Defendant Steven C. Simon
13
              LAW OFFICES OF THOMAS D. BEATTY
14

15

16            /s/ Thomas D. Beatty
              (signed by Mr. Bell, the filing attorney, with the permission
17            of Mr. Beatty)
              Thomas D. Beatty
18            Attorneys for Defendant Steven C. Simon

19

20

21

22       **IT IS SO ORDERED** this 16th day of November, 2012.

23

24                                                _____
25                                                Gloria M. Navarro
                                                  United States District Judge
26

27

28

4844-3764-4049.1                                   2