DAVID R. HALL, Bar No. 9571
SCOTT S. BELL, Bar No.9507
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

ROBERT W. DELONG, Bar No. 10022
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone:  (775) 323-1601
Facsimile:   (775) 348-7250

Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for IndyMac Bank, F.S.B.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> STEVEN C. SIMON; SHERRI R. SPEIGHTS; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 2:11-cv-01001-GMN-GWF <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B., and defendant Steven C. Simon, by and through their undersigned counsel, hereby stipulate than an Order be entered in this case dismissing with prejudice all claims that were brought in the above-entitled action, with each party bearing its own attorney fees and costs.

DATED this 9th day of November, 2012.

4844-3764-4049.1

PARSONS BEHLE &LATIMER

By  /s/ Scott S. Bell
David R. Hall
Scott S. Bell
Robert W. DeLong
Attorneys for Plaintiff
Federal Deposit Insurance Corporation
as Receiver for Indymac Bank, F.S.B.

KAUFMAN DOLOWICH VOLUCK & GONZO

/s/ Sanjay Bansal
(signed by Mr. Bell, the filing attorney, with the permission of Mr. Bansal)
Frances O'Meara
Sanjay Bansal
Attorneys for Defendant Steven C. Simon

LAW OFFICES OF THOMAS D. BEATTY

/s/ Thomas D. Beatty
(signed by Mr. Bell, the filing attorney, with the permission of Mr. Beatty)
Thomas D. Beatty
Attorneys for Defendant Steven C. Simon

**IT IS SO ORDERED** this 16th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge